**Order entered January 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00832-CR

### NATHANIEL ALEXANDER CALDWELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81946-2015**

## ORDER

Before the Court is appellant's January 11, 2017 third motion for an extension of time to file his brief. We **GRANT** appellant's motion and **ORDER** the brief received on January 11, 2017 filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE